FILED
SCRANTON
FEB 07 2017
PER _____ /s/ _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
-vs- : No. 4:17-CR-25
DAVID DEWALD, :
Defendant :

INDICTMENT

THE GRAND JURY CHARGES:

Count 1

From on or about August 22, 2015 to on or about August 30, 2015, in Columbia County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

DAVID DEWALD,

did attempt to use, employ, persuade, induce and entice a person under the age of 18 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knew and had reason to know that such visual depiction would be transported, using any means and facility of interstate and foreign commerce and in and affecting commerce, including by computer and cell phone.

In violation of Title 18, United States Code, Section 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

### Count 2

From on or about August 22, 2015 to on or about August 30, 2015, in Columbia County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**DAVID DEWALD,**

did knowingly and intentionally use a facility of interstate and foreign commerce, namely the internet and a cell phone, to attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense (production and receipt of child pornography, 18 U.S.C. Sections 2251(a) and (e) and 2252(a)(2)).

In violation of Title 18, United States Code, Section 2422(b).

THE GRAND JURY FURTHER CHARGES:

## Count 3

From on or about July 14, 2015 to on or about July 30, 2015, in Columbia County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### DAVID DEWALD,

did attempt to use, employ, persuade, induce and entice a person under the age of 18 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knew and had reason to know that such visual depiction would be transported, using any means and facility of interstate and foreign commerce and in and affecting commerce, including by computer and cell phone.

In violation of Title 18, United States Code, Section 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

### Count 4

From on or about July 14, 2015 to on or about July 30, 2015, in Columbia County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**DAVID DEWALD,**

did knowingly and intentionally use a facility of interstate and foreign commerce, namely the internet and a cell phone, to attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense (production and receipt of child pornography, 18 U.S.C. Sections 2251(a) and (e) and 2252(a)(2)).

In violation of Title 18, United States Code, Section 2422(b).

THE GRAND JURY FURTHER CHARGES:

## Count 5

From in or about April 2016 to on or about May 11, 2016, in Columbia County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

### DAVID DEWALD,

did knowingly and intentionally use a facility of interstate and foreign commerce, namely the internet and a cell phone, to persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense (involuntary deviate sexual intercourse with a person under 16 years of age, 18 Pa.C.S. Section 3123).

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL