# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | No. 4:17-CR-00025 |
|---|---|
| v. | (Judge Brann) |
| DAVID DEWALD, | |
| Defendant. | |

## ORDER

**AND NOW**, this 18th day of January 2019, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Defendant David Dewald's Motion to Suppress Evidence (ECF No. 19) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge