# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:17-CR-00025 |
| v. | (Judge Brann) |
| DAVID DEWALD, Defendant. | |

## ORDER

**OCTOBER 21, 2019**

In accordance with the accompanying Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. David DeWald's motion in limine (Doc. 103) is **GRANTED** in part and **DENIED** in part;

2. DeWald's motion is **GRANTED** with respect to evidence related to the 2012 Charge; and

3. DeWald's motion is conditionally **DENIED** with regard to evidence related to the States Charges and electronic communications.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge