Clerk of Courts          4:17CR25

My name is David Develd I have a 28 U.S.C. 2255 motion. The instructions do not say how much for the costs of this motion page 1 through 13. I am asking relief from a conviction which occurred on 11-8-19. I am also seeking to obtain my trial transcripts if I can obtain them from you can you tell me how? I am at Lackawanna County Prison. My address is 1371 N. Washington Ave Scranton PA 18509. D Unit RJ can you please let me know?

FILED
SCRANTON
MAR 0 6 2020
PER _____
DEPUTY CLERK

Name: DAVID DEWALT
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840



Clerk
USDC
Middle District PA
P.O. Box 1148
Scranton PA 18501-1148

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

RECEIVED
SCRANTON
MAR 06 2020
PER_____
DEPUTY CLERK